JOSEPH SCHOR, Appellant, *v.* BELLE MEADE FARM COLONY AND SANATORIUM et al., Respondents.

*Appeal — order reversing order to open default — appeal therefrom without permission dismissed.*

*Schor* v. *Belle Mead Farm Colony & Sanatorium,* 203 App. Div. 889, appeal dismissed.

(Submitted February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1922, which

reversed an order of Special Term granting a motion to open default and vacating and setting aside a judgment.

The motion was made upon the ground that no appeal lay of right to the Court of Appeals and that permission to appeal had not been obtained.

*Walter C. Sheppard* for motion.

*James A. Turley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of one motion.